IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARRIE GREENLAW,

    Plaintiff,

v.

MARTEN TRANSPORT,

    Defendant,

Civ. No. 6:16-cv-01795-MC

MINUTE ORDER

**MCSHANE, Judge:**

The Court's previous Order [#18] issued on 2/6/2017 is **vacated in part** as follows:

The Defendant is *no longer awarded attorney fees and costs* as previously ordered.

The Defendant's Motion for Attorney Fees [#20] is **DENIED** as moot.

IT IS SO ORDERED.

DATED this 21st day of June, 2017.

                        **/s/ Michael J. McShane**
                        Michael J. McShane
                        United States District Judge

1 – MINUTE ORDER